August 31st 2020

Dear Clerk:

Enclosed you'll find (1) Bivans Suit pursuant to 28 U.S.C. §1331. Accompanied are the following: (6) Summons, (1) Complaint, and inforum pauperis

Also Enclosed you find a hand-written Federal Tort Claim (FTCA). I am in process of transferring to another institution and have been stuck in the SHU for almost 7 months. Once I'm Redesignated to another institution, I will contact your office to confirm the new address.

I Respectfully would like these Suits filed "under Seal". Resulting in whatever decision is Rendered, it will not be published through the criminal law Reporter. I should be contacting you Something in the third week of September if you have Any Concerns.

Respectfully Submitted

UNITED STATES DISTRICT COURT

for the EASTERN DISTRICT of PENNSYLVANIA


Kevin Hiller

      PLAINTIFF                       )

VS.                              )            CIVIL ACTION NO.


Register Nurse A. Sogo,        )        Under Seal

Lieutenant Castillo,          )

Nurse Practioner R. Kistler,

Captain John Doe,

Health Service Administrator John/Jane Doe,

Warden Sean Marler, **all in their**

**individual capacities** as DEFENDANTS

---

## I.   C O M P L A I N T

(Jury Trial Demanded)


Plaintiff Kevin Hiller, Pro Se, for the complaint states as follows:

1.    Plaintiff Kevin Hiller was confined/housed in the Federal Detention Center in Philadelphia located at 7th & Arch Street(s) from May 2016, to November 2018.

2.  Defendant A. Sogo was at all relevant times a registered nurse at the federal detention center in Philadelphia.

3.  Defendant Lieutenant Castillo is/was lieutenant of federal prison guards at the federal detention center in Philadelphia.

4.  Defendant R. Kistler was at all relevant times employed as nurse practioner at the federal detention center in Philadelphia.

5.  Defendant John Doe was at all relevant times Captain of the prison's guards at the federal detention center in Philadelphia.

6.  Defendant John/Jane Doe was at all relevant times Health Service Administrator responsible for the medical department at the federal detention center in Philadelphia.

7.  Defendant Sean Marler was at all relevant times herein the Warden or Superintendent of the federal detention center in Philadelphia.

---

2

## II.  Jurisdiction  and  Venue

This action arises under and is brought pursuant to 28 U.S.C. Section 1331, to remedy the deprivation under color of federal law, of rights guarannteed by the Eighth Amendmend to the United States Constitution. This Court has authority for the cause of action which arose in the Eastern District of Pennsylvania. Therefore, venue is proper under 28 U.S.C. Section 1391 (b).

## III.  Exhaustion  of  Administrative  Remedies

All administrative remedies available within the Bureau of Prisons facilities have been exhausted.

## IV.  Statement  of  Facts

1.   On September 8th 2018 approximately 8 am Plaintiff Kevin Hiller was a federal prisoner housed at the Federal Detention Center in Philadelphia, Pa., where he (plaintiff) was involved in a physical altication with

3

another inmate in one of the detention center's housing units. During the physical altication plaintiff was stabbed with a homemade knife to the back of his head. FDC officials responded to the distress call from the unit's officer.

2.   Lieutenant Castillo, and register nurse A. Sogo responded to the distress call and escorted plaintiff to the infirmary to seek medical attention as a result of witnessing the amount of blood from plaintiff's injury. Plaintiff was in extreme pain while at the infirmary. Plaintiff was told by Sogo to sit on the examination table for examination purposes.

3.   Approximately 8:30 -- 9 a.m after a brief examination, Sogo determined plaintiff suffered numerous injuries. One being, swelling from the left side side of his chin, and an approximate one and a half (1 1/2) inch laceration to the back of his head. After learning the severity of the injuries plaintiff suffered, plaintiff asked Sogo, " Am I going to need a hospital?" Sogo replied, " Hell Yeah! You'll need a hospital if we don't close this thing up soon!" (referring to the open laceration) Sogo placed a patch on plaintiff's wound. A brief argument insued between Sogo and Lt. Castillo regarding Sogo's inability to be qualified to medically assist plaintiff.

4.   Plaintiff was removed from the examination table and taken to the lieutenant's office hallway where plaintiff was told to sit locked inside a five - foot in length by three - foot wide cage. In extreme pain with blood running down plaintiff's neck and back soaking his t - shirt, plaintiff asked Castillo why he being transferred into a cage? " The doctor's coming!" was Lt. Castillo's response.

4

Within an hour, sometime around 10 a.m plaintiff's condition began to rapidly deteriorate feeling the need to vomit. Plaintiff was allowed to use the restroom next to the lieutenant's office where simply standing to vomit became an issue for plaintiff. Plaintiff vomitted on the toilet and floor of the restroom. Plaintiff became dizzy losing his balance he fell to the floor. Plaintiff tried his best to clean up the vomit.

After leaving the restroom plaintiff was placed back inside the cage. Plaintiff asked Castillo how much longer he's have to sit in the cage? Plaint--iff asked why he couldn't be taken to a hospital? Castillo replied, " She's on her way!" (This was the last incident plaintiff remembers during this time frame)  Plaintiff does not remember losing consciousness, however several female inmate workers were walking pass the cage and must have noticed plaintiff had dozed off. As they walked by the workers tapped the medal cage saying, " WAKE UP!" Unbeknownst to plaintiff he'd lost consciousness. Upon waking, one of the several female workers said, " Oh my God he bleeding!"  With a severe migrain headache, sweating from the extreme pain, vision blurry, plaintiff forced himself to stay awake for fear of losing consciousness forever!

5.   Shortly after the workers passed plaintiff, Sogo returned to the cage, "She should of been here!"  Subsequently, Lt. Castillo asked Sogo, " Where is she?"  Nurse Sogo replied, " I'll call agin!" This went on for a few more hours.

After four and a half (4 1/2) hours since the incident Dr. Kistler arrived to examine plaintiff. It was 12:45 p.m.

6.    Plaintiff was advised by Kistler the wound would be cleaned and sutured. Plaintiff requested any sort of sedative for the pain he was in. Dr. Kistle used a hyperdermot needle with some form of solution used to reduce pain during the operation.

Because plaintiff's injury was to his head where hair was located, the area of the injury need be shaven. Kistler used a disposable Bic razor to clean the area of the wound to start the operation. Plaintiff asked Dr. Kistler what took her so long to get to work? Kistler replied, (quote) " I just got the call! I was working out! I didn't think it was that serious!"

7.    Plaintiff was sutured and escorted to the SHU (Special Housing Unit) along with a package of ointment, and (12) 800 mg. Ibuprofen tablets. Exhausted from the days events, the trama, the lapse in time of receiving medical attention, the prolonged severe pain, plaintiff fell asleep awaking the next day.

8.    On September 9th 2018, the next day, plaintiff was awaken by the wettness upon his face which turned out to be blood. The injury had restarted to bleed. Plaintiff once again vomitted experiencing dizzy spells, drowsiness, and some confusion, vision still blurred with persistent headaches, and officer doing his routine rounds offered an exchange of bedsheets and some advice to write to medical staff. Plaintiff wrote out a request to have his head retaped, however there was no respose to the request until one week later. It was time to remove the sutures.

6

## V.   Prayer   for   Relief

WHEREFORE, plaintiff prays for judgment in his favor against all defendants in compensatory damages in the amount(s) sufficent to cover:

a.   The medical expenses to properly repair the injury sustained to it's original condition

b.   To compensate plaintiff for his injury resulting in a disability, vision being impaired resulting in the use of medical eye glasses

c.   and compensate plaintiff for the pain and suffering and mental anguish the federal detention center officials subjected plaintiff to awaiting medical attention for his injury. Plaintiff up to date has excessive pain requiring daily doses of the medication 'Duloxetine' and 'Asprine' as a result of the deliberate indifference and intentional or unintentional misconduct of the defendants, but in no event less than $25,000.00, and any such additional relief the Court may deem just and proper

Signed this  31ˢᵀ  day of  Aug, 20 20        *Kevin Hiller*

7                                    Name of Plaintiff

## VI.  Facts of Complaint

### COUNT ONE
Inadequate Medical Care

Defendant A. Sogo, exercised deliberate indifference to plaintiff's serious medical need, after an examination of plaintiff defendant Sogo failed to provide adequate medical care following the incident on September 8, 2018. Plaintiff was housed at the federal detention center in Philadelphia where he was assaulted with a homemade knife. Plaintiff suffered blunt forced trauma, a deep one and a half inch (1 1/2) laceration to his head. After defendant Sogo examined plaintiff defendant Sogo provided plaintiff with a 'patch' for an open one and a half laceration head wound, despite plaintiff's request for hospitalization. Defendant Sogo denied plaint adequate access to immediate medical care.

### COUNT TWO
Delaying Access to Medical Care

Defendant Lieutenant Castillo , exercised deliberate indifference to plaintiff's serious medical need, delaying plaintiff immediate access to medical care following the incident on September 8, 2018, where plaintiff was assaulted with a homemade knife to the back of his head. Defendant responded

8

to the distress call on the unit, escorted plaintiff to the medical department with medical staff, however their were no avaiable medical personel to assist plaintiff. Plaintiff in excruciating pain requested a doctor or hospital. Defendant Castillo declined the request for a hospital and delayed to secure any available medical personel for over (4) hours.

## C O U N T   T H R E E
### Denial of Medical Care

Defendant(s) A. Sogo and Lt. Castillo were both deliberatly indifferent to plaintiff's serious medical need when they both failed to appropriately provide plaintiff immediate access to medical care, by delaying, depriving plaintiff not only of ready access to medical care guaranteed by the United States Constitution, but delaying and depriving plaintiff access to a hospital being the institution had no ready access to medical staff for serious injuries. Defendants knowingly denied plaintiff access to medical attention and could have prevented the severe pain and mental psychological torcher they placed plaintiff under, having him (plaintiff) sit locked in a small cage bleeding awaiting medical attention for over (4) hours.

## C O U N T   F O U R

Deprivation of Medical Care

Defendant Kistler acted with deliberate indiffence by depriving plaintiff medical attention after, being contacted at her home by FDC's (Federal Detention Center's) authorties of an inmate whom required emergency medical attention. Defendant Kistler disregarded that emergency chosing to continue her daily physical workout (as she later defended) placing plaintiff's health and safety at risk despite being alerted an inmate having a serious medical need. Defendant Kistler's deliberate indiffernce to plaintiff's health and safety was further demonstrated given her circumstance not being available. Defendant should have made her unavailablity status known to FDC's officials which would have given plaintiff the opportunity to access of a hospital where their were ready assistants, doctors who could have assisted plaintiff therby minimizing plaintiff's pain and suffering. As a result of defendant's conduct, she deprived and delayed plaintiff immediate access to a doctor for over (4) hours.

## C O U N T   F I V E

Supervisor Liability

Defendant(s) John/Jane Doe Health Service Administrator and Captain John Doe were deliberately indifferent to plaintiff's serious medical needs regarding the incident on September 8th 2018, by knowingly, delaying and disregarding to

10

provide and manage adequate training to staff for serious medical emergencies. As a result of the institution's policies and inadequate training on thee above said date, defendants Castillo, A.Sogo and Kistler deprived plaintiff of adequate medical attention for an unnecessary (4) hours sitting locked in a medal cage in severe pain with a one and a half inch laceration to the back of his head.

Furthermore, defendants HSA John/Jane Doe and Captain John Doe failed to maintain certain policies and training which interfered and delayed plaintiff's access to immediate medical care for his injury.

## C O U N T   S I X

### Supervisor Liability

Defendant Sean Marler Warden of the Philadelphia Federal Detention Center was deliberately indifferent to plaintiff's serious medical needs regarding the incident on September 8, 2018, by knowingly delaying and disregarding, failing to provide meaningful management to the adequatacy of training to subordinates/staff for serious medical emergencies.

As a result of the institution's policies and training on that said date, defendants Castillo, A. Sogo and Kistler deprived plaint of adequate medical attention for an unnecessary (4) hours sitting in a medal cage (locked) in severe pain with a one and a half (1 1/2) inch deep laceration to the back his head as a result of that incident on the above said date.

14

Furthermore, defendant Marler failed to maintain certain policies and training regarding emergencies which interfered and delayed plaintiff's access to immediate medical care for his injury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _31ST_ day of _Aug._, 20 _20_

_Kevin Hiller_
Name of Plaintiff

Date: _8/31/2020_

12

UNITED STATES DISTRICT COURT

for the EASTERN DISTRICT OF PENNSYLVANIA

Kevin Hiller

       Plaintiff                    )

  V.                                          )            SUMMONS IN A CIVIL CASE

                                  )

Register Nurse, A. Sogo,                   )            CASE NO.

Lieutenant, Castillo,                      )

Nurse Practioner, R. Kistler,

Captain, John Doe,

Health Service Administrator, John/Jane Doe

Warden, Sean Marler,  **all in their**

**individual capacities**  as Defendants

---

           TO:   A. Sogo, Register Nurse

                 Federal Detention Center of Philadelphia

                 7th and Arch Sts.

                 Philadelphia, Pa. 19106

---

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF:

                 Kevin Hiller, Pro Se 60998-066

                 Federal Correctional Institution Berlin

                 P.O. BOX 9000

                 Berlin, NH. 03570

1.

Within 21 days after service of this summons on you (not counting the day you received it)-- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. Pro. 12(a)(2) or (3)-- you must serve on the plaintiff an answer to the attached complaint or motion under Rule 12 of the Federal Rules of Civil Procedure.

If you **FAIL TO RESPOND**, judgment by default will be entered against you for the relief demanded in your complaint.

See Attached:   Complaint

You must file your answer or motion with the court in the EASTERN DISTRICT OF PENNSYLAVANIA.

Date: _____                    _____

                                           Signature of the Clerk

2.

UNITED STATES DISTRICT COURT

for the EASTERN DISTRICT of PENNSYLVANIA

Kevin Hiller

      Plaintiff              )

  V.                     )       SUMMONS IN A CIVIL CASE

                         )

Register Nurse A. Sogo,     )       CASE NO.

Lieutenant Castillo,        )

Nurse Practioner R. Kistler,

Captain John Doe,

Health Service Administrator   John/Jane Doe

Warden Sean Marler,  **all in their**

**individual capacities** as Defendants

---

        **TO:**  Lieutenant Castillo

              Federal Detention Center of Philadelphia

              7th and Arch Sts.

              Philadelphia, Pa. 19106

---

YOU ARE HERBY SUMMONED and required to serve on PLAINTIFF:

              Kevin Hiller, Pro Se 60998-066

           Federal Correctional Institution Berlin

                  P.O. BOX 9000

                  Berlin, NH. 03570

1.

UNITED STATES DISTRICT COURT

for the EASTERN DISTRICT OF PENNSYLVANIA

Kevin Hiller                                  )

       Plaintiff                           )

   V.                                         )      SUMMONS IN A CIVIL CASE

                             )

Register Nurse A. Sogo,                        )      CASE NO.

Lieutentant Castillo,                         )

Nurse Practioner R. Kistler,

Captain John Doe,

Health Service Administrator John/Jane Doe,

Warden Sean Marler, **all in their**

**individual capacities** as defendants

TO:   R. Kistler, **Nurse Practioner**

Federal Detention Center of Philadelphia

7th and Arch Sts.

Philadelphia, Pa. 19106

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF:

Kevin Hiller, Pro Se 60998-066

Federal Correctional Institution Berlin

P.O. BOX 9000

Berlin, NH. 03570

1.

UNITED STATES DISTRICT COURT

for the EASTERN DISTRICT OF PENNSYLVANIA

Kevin Hiller                        )

      Plaintiff                    )

  V.                                )          SUMMONS IN A CIVIL CASE

                           )

Register Nurse A. Sogo,              )          CASE NO.

Lieutentant Castillo,               )

Nurse Practioner R. Kistler,

Captain John Doe,

Health Service Administrator John/Jane Doe,

Warden Sean Marler, **all in their**

**individual capacities** as defendants

---

TO:  **R. Kistler, Nurse Practioner**

Federal Detention Center of Philadelphia

7th and Arch Sts.

Philadelphia, Pa. 19106

---

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF:

Kevin Hiller, Pro Se 60998-066

Federal Correctional Institution Berlin

P.O. BOX 9000

Berlin, NH. 03570

1.

Within 21 days after service of this summons on you (not counting the day you received it)-- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. Pro. 12(a)(2) or (3)-- you must serve on the plaintiff an answer to the attached complaint or motion under Rule 12 of the Federal Rules of Civil Procedure.

If you FAIL TO RESPOND, judgment by default will be entered against you for the relief demanded in your complaint.

See Attached:   Complaint

You must file you answer or motion with the court in the Eastern District of Pennsylvania.

Date: _____                              _____

                                                        Signature of the Clerk

2.

UNITED STATES DISTRICT COURT

for the EASTERN DISTRICT OF PENNSLVANIA

Kevin Hiller                          )

     PLAINTIFF                       )

  V.                                  )          SUMMONS IN A CIVIL CASE

                                                                )

Register Nurse A. Sogo,                )          CASE NO.

Lieutenant Castillo,                   )

Nurse Practioner R. Kistler,

Captain John Doe,

Health Service Administrator John/Jane Doe,

Warden Sean Marler, **all in their**

**individual capacities** as Defendants

---

TO:  Captain John Doe

Federal Detention Center of Philadelphia

7th and Arch Sts.

Philadelphia, Pa. 19106

---

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF:

Kevin Hiller, Pro Se 60998-066

Federal Correctional Institution Berlin

P.O. BOX 9000

Berlin, NH. 03570

1.

Within 21 days after service of this summons on you (not counting the day you received it)-- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. Pro. 12(a)(2) or (3)-- you must serve on the plaintiff an answer to the attached complaint or motion under Rule 12 of the Federal Rules of Civil Procedure.

If you **FAIL TO RESPOND**, judgment by default will be entered against you for the relief demanded in your complaint.


See Attached:   Complaint


You must file your answer or motion with the court in the Eastern District of Pennsylvania.


Date: _____                    _____

                                        Signature of the Clerk


2.

UNITED STATES DISTRICT COURT

for the EASTERN DISTRICT of PENNSYLVANIA


Kevin Hiller                    )

     PLAINTIFF                   )

  V.                            )          SUMMONS IN A CIVIL CASE

                                )

Register Nurse A. Sogo          )          CASE NO.

Lieutenant Castillo,           )

Nurse Practioner R. Kistler,

Captain John Doe,

Health Service Administrator John/Jane Doe

Warden Sean Marler,  **all in their**

**individual capacities** as Defendants

---

TO:  **Health Service Administrator John/Jane Doe**

Federal Detention Center of Philadelphia

7th and Arch Sts.

Philadelphia, Pa. 19106

---

YOU ARE HEREBY SUMMONED and required to serve on the PLAINTIFF:

Kevin Hiller, Pro Se 60998-066

Federal Correctional Institution Berlin

P.O. BOX 9000

Berlin, NH. 03570


1.

Within 21 days after service of this summons on you (not counting the day you received it)-- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. Pro. 12(a)(2) or(3)-- you must serve on the plaintiff an answer to the attached complaint or motion under Rule 12 of the Federal Rules of Civil Procedure.

If you FAIL TO RESPOND, judgment by default will be entered against you for the relief demanded in your complaint.

See Attached:    Complaint

You must file your answer or motion with the court in the Eastern District of Pennsylvania.

Date: _____

_____
Signature of the Clerk

2.

UNITED STATES DISTRICT COURT

of the EASTERN DISTRICT OF PENNSYLVANIA


Kevin Hiller                          )

       PLAINTIFF                      )

  V.                                  )        SUMMONS IN A CIVIL CASE

                               )

Register Nurse A. Sogo,                )        CASE NO.

Lieutenant Castillo                    )

Nurse Practioner R. Kistler,

Captain John Doe,

Health Service Administrator John/Jane Doe

Warden Sean Marler,  **all in their**

**individual capacities** as Defendants

---

**TO:  Warden Sean Marler**

Federal Detention Center of Philadelphia

7th and Arch Sts.

Philadelphia, Pa. 19106

---

YOU ARE HEREBY SUMMONED and required to serve on the PLAINTIFF:


Kevin Hiller, Pro Se 60998-066

Federal Correctional Institution Berlin

P.O. BOX 9000

Berlin, NH. 03570


1.

Within 21 days after service of this summons on you (not counting the day you received it)-- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civil Pro. 12(a)(2) or (3)-- you must serve on the plaintiff an answer to the attached complaint or motion under Rule 12 of the Federal Rules of Civil Procedure

If you **FAIL TO RESPOND**, judgment by default will be entered against you for the relief demanded in your complaint.


See Attached:    Complaint


You must file your answer or motion with the court in the EASTERN DISTRICT OF PENNSYLVANIA.


Date: _____            _____

                                    Signature of the Clerk

2.

Kevin Hiller
60491-066
Federal Correctional
Institution. Berlin
P.O. Box 9000
Berlin, NH. 03570



White River JCT PH&DC
THU 03 SEP 2020

U.S.M.S.
X-RAY

Eastern District of Pennsylvania
Office of
CLERK, UNITED STATES
DISTRICT COURT
601 Market Street
Philadelphia, Pa. 19106