#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN HILLER,<br><br>    Plaintiff,<br><br>        v.<br><br>SOGO, et al.<br><br>    Defendants | CIVIL ACTION NO. 20-4445 |

### ORDER

**AND NOW,** this 7th day of July 2022, upon consideration of the Defendants' Motion to Dismiss [Doc #26], and the responses and replies thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part** as follows:

    1.    The Motion is **GRANTED** as to Defendants Kistler and Castillo and the Complaint is **DISMISSED** as to these Defendants.

    2.    The Motion is **DENIED** as to Defendant Sogo, who shall file an answer to the Complaint within 21 days.

    It is so **ORDERED**.

                      BY THE COURT:

                      /s/ Cynthia M. Rufe

                      _____
                      **CYNTHIA M. RUFE, J.**