## IN THE THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HILLER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-4445 |
| | : | |
| SOGO, | : | |
| | : | |
| Defendant. | : | |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, on September 9, 2020, Hiller filed a complaint in this court naming three current or former employees of the Federal Bureau of Prisons as defendants (Civil Action No. 20-4445 or "the Bivens Action");

WHEREAS, by decision and order dated July 7, 2022 (Doc. No.'s 35 and 36), Defendants Kistler and Castillo were dismissed from the Bivens Action;

WHEREAS, on September 29, 2022, the sole remaining defendant to the Bivens Action, Nurse Sogo, filed an answer to the complaint (Doc. No. 29);

WHEREAS, Hiller does not wish to continue the Bivens Action;

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41.1(b), the undersigned parties hereby stipulate and agree that the Bivens Action in its entirety and against all defendants that have been named or could have been named is dismissed **with prejudice**.

_____
Akinwale Sogo, Defendant

Dated: 2/17/2023

_____
Judith A.K. Amorosa
Assistant United States Attorney
Attorney for Defendant

Dated: 2/17/23

_____
Kevin Hiller, Plaintiff

Dated: 2/10/2023


**BY THE COURT:**


_____
**CYNTHIA M. RUFE, J.**

_____
Akinwale Sogo, Defendant

Dated:_____

_____
Judith A.K. Amorosa
Assistant United States Attorney
Attorney for Defendant

Dated: 2/17/23

_____
Kevin Hiller, Plaintiff

Dated: 2/10/2023

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**