IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KEVIN HILLER, | |
|---|---|
| Plaintiff, | CIVIL ACTION NO. 20-4445 |
| v. | |
| SOGO, et al. | |
| Defendants | |

# ORDER

**AND NOW,** this 21st day of February 2023, upon consideration of the parties' Stipulation [Doc. No. 43], stating that Plaintiff Kevin Hiller does not wish to continue this Bivens Action, it is hereby **ORDERED** that the Stipulation is **APPROVED** and the case is **DISMISSED with prejudice** pursuant to Local Rule of Civil Procedure 41.1(b).

It is further **ORDERED** that the Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**